# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

Application GRANTED.

April 7, 2026

SO ORDERED.
Dated: April 7, 2026

*Att cf a*

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Rosario v. Commissioner of Social Security,*
               Civil Action 1:26-cv-00126-SDA

Dear Judge Aaron,

We write on behalf of plaintiff, Jeffrey Rosario, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings which is due on April 13, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension.

The reason for this request is that the undersigned is currently managing several overlapping briefing deadlines over the coming weeks, largely because of a backlog created by the October 2025 government shutdown. Additional time is therefore necessary to ensure that Plaintiff's motion is prepared thoroughly and submitted in accordance with the Court's scheduling requirements.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file his motion for judgment on the pleadings on or before: **July 13, 2026**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **October 12, 2026**; and

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Stewart D. Aaron
April 7, 2026
Page 2

     3.    Plaintiff to file his reply, if any, on or before: **October 26, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
ltrust@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)